UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| NAN HANKS & ASSOCIATES, INC. | Case No. 1:18-cv-0040 |
| Plaintiff, | Judge Atchley |
| v. | Magistrate Judge Steger |
| THE ORIGINAL FOOTWEAR COMPANY, INC. | |
| Defendant. | |

## VERDICT FORM

We the jury, unanimously answer the questions submitted by the Court as follows:

### Breach of Contract

1. Has Plaintiff shown by a preponderance of the evidence that Defendant and Plaintiff entered into a contract?

   Yes __✓__   No _____

   *If Yes, continue to Question 2. If No, skip questions 2–4, and proceed to Question 5.*

2. Has Plaintiff shown by a preponderance of the evidence that Defendant breached that contract?

   Yes __✓__   No _____

   *If Yes, continue to Question 3. If No, skip question 3–4, and proceed to Question 5.*

49

3. Has Defendant shown by clear and convincing evidence that Plaintiff waived its right to some or all of the disputed commissions?

   Yes ✓   No ___

*Continue to Question 4.*

4. Has Defendant shown by a preponderance of the evidence that Plaintiff and Defendant reached an accord and satisfaction as to some or all disputed commissions?

   Yes ✓   No ___

*Continue to Question 5.*

California's Independent Wholesale Sales Representatives Contractual Relations Act

5. Has Plaintiff shown by a preponderance of the evidence, that Defendant willfully failed to pay Plaintiff commissions Plaintiff was owed on or after February 28, 2017?

   Yes ✓   No ___

*If Yes, continue to Question 6.*

*If the answer to Question 5 was no, and answers to 1 or 2 were no, please have your foreperson sign and date the verdict form and tell Ms. Laster that you have reached a verdict.*

*If the answer to Question 5 was no, but the answers to 1 and 2 were yes, continue to Question 6.*

6. What amount of damages, if any, were suffered by Plaintiff as a result of Breach of Contract and/or a violation of the California Act? If you award damages, any damages awarded under the California Act must be trebled, but only those damages are trebled.

   $748,780

50

Please sign and date the Verdict Form and notify Ms. Laster that you have reached a verdict.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Jury Foreperson

7/20/21
Date